IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRE LORANZANO, | ) |
| | ) 2:07cv684 |
| Plaintiff, | ) Electronic Filing |
| | ) |
| v. | ) Judge Cercone |
| | ) Magistrate Judge Caiazza |
| DEBRA GRESS, CRNP, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

Andre Loranzano's civil rights complaint was received by the Clerk of Court on May 21, 2007, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on February 14, 2008, recommended that the Defendant's Motion to Dismiss (Doc. 18) be granted. The parties were allowed ten days from the date of service of the report to file objections. Service was made on the Plaintiff by First Class United States Mail. Loranzano filed a notice of change of address the day after the report was filed, and a second copy of the report was sent by First Class United States Mail to the Plaintiff's new address, 425 Manor Drive, Ebensburg, Pennsylvania on February 21, 2008. Objections were due on or before March 3, 2008. None have been filed to date.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following order is entered:

AND NOW, this __31st__ day of __March__, 2008,

IT IS HEREBY ORDERED that the Defendant's Motion to Dismiss (Doc. 18) is GRANTED.

The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 43), dated February 14, 2008, is adopted as the opinion of the court. The Clerk is directed to mark this CASE CLOSED.

David Stewart Cercone
United Stated District Judge

cc: Honorable Francis X. Caiazza
United States Magistrate Judge

Andre Lorenzano
425 Manor Drive
Ebensburg, PA 15931

P. Brennan Hart, Esquire
Kathryn M. Kenyon, Esquire
Pietragallo Bosick Gordon
38th Floor, One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219